

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-25-00669-CR

Albert Francis **TOSCANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CR-2341
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

Sitting:    Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 3, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

_____
Caitlin A. McCamish,  Clerk of Court